AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Michelle Sanchez

*Plaintiff(s)*

v.

Los Angeles County; Los Angeles County Department of Children and Family Services; acting director Brandon T. Nichols; Allana Darter; Moses Edun; Nora Salinas; Morgan Grays; DOES 1 through 10, inclusive.

*Defendant(s)*

Civil Action No. 2:18-cv-10373   DDP (FFMx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Los Angeles County; Los Angeles Department of Children and Family Services; Acting Director Brandon T. Nichols; Allana Darter; Moses Edun; Nora Salinas; Morgan Grays; DOES 1 through 10, inclusive.

5110 W. Gold Leaf Circle
Los Angeles, CA 90056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Law Office of Jovan Blacknell
200 Corporate Pointe, suite 495
Culver City, CA 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KIRY K. GRAY

*CLERK OF COURT*

Date: — December 28, 2018 —

*Signature of Clerk or Deputy Clerk*
Sharon Hall Brown

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Defendants Los Angeles County and LA County DCFS
was received by me on *(date)* December 31, 2018 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Virginia (receptionist) , who is
designated by law to accept service of process on behalf of *(name of organization)*
Defendant DCFS on *(date)* 1/11/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: January 11, 2019

/s/ Kellen Davis
*Server's signature*

Kellen Davis, Legal Associate
*Printed name and title*

200 Corporate Pointe, suite 495
Culver City, CA 90230

*Server's address*

Additional information regarding attempted service, etc: