Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbllp.com
Ryan A. Graham, Esq., Bar No.: 310186
rgraham@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
Tel ....818.562.5800
Fax....818.562.5810

Attorneys for Defendants,
COUNTY OF LOS ANGELES, *et al.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY; LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; ACTING DIRECTOR BRANDON T. NICHOLS; ALLANA DARTER; MOSES EDUN; NORA SALINAS; MORGAN GRAYS; DOES 1 through 10, inclusive.<br><br>　　　　　Defendants. | Case No. 2:18-CV-10373-VAP-FFM<br>Hon. Virginia A. Phillips (Dist. Judge)<br>Hon. Frederick F. Mumm (Mag. Judge)<br><br>**DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER RULE 12(b)(6)**<br><br>Complaint Filed: December 14, 2018 |

TO THE HONORABLE COURT:

　　Defendants Los Angeles County (the "County," hereinafter, and inclusive of the "Los Angeles County Department of Children and Family Services," erroneously named as a distinct entity), Allana Darter, Moses Edun, Morgan Grays, Brandon T. Nichols, and Nora Salinas (collectively, the "Social Worker Defendants," and, together with the County, "Defendants"), hereby submit their reply in support of their Motion to Dismiss Plaintiff's Complaint for Damages ("Motion") pursuant to Federal Rule of Civil Procedure 12(b)(6).

///

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff failed to file a timely opposition to the Motion. Under the Central District's Local Rules, any opposition to a motion must be filed 21 days before the hearing of that motion. C.D. Cal. L.R. 7-9. Defendants filed their Motion on March 27, 2019, which was noticed for hearing on April 29, 2019. (ECF No. 19, 1:21.) Accordingly, Plaintiff's opposition to the Motion should have been filed by April 8, 2019. To date, Plaintiff has failed to file any opposition. As a result, the Motion should be granted.

Plaintiff's "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12. Consequently, Plaintiff's failure to file an opposition within the period prescribed by Local Rule 7-9 may be deemed consent to the granting of Defendant's Motion. Defendants respectfully request the Court so deem.

Defendants reserve their right to respond to any filing seeking leave to file a late opposition.[1]

DATED: April 10, 2019

PETERSON · BRADFORD · BURKWITZ

By: /s/ Ryan A. Graham
Avi Burkwitz, Esq.
Ryan A. Graham, Esq.
Attorneys for Defendants,
COUNTY OF LOS ANGELES, *et al.*

---

[1] Plaintiff may not file an opposition without seeking leave from the Court. L.R. 7-10 ("Absent prior written order of the Court, the opposing party shall not file a response to the reply.")

2

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT
Case No. 2:18-CV-10373-VAP-FFM

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On April 10, 2019, I served the foregoing document described as: **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER RULE 12(b)(6)** on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 10, 2019, at Burbank, California.

*/s/ Ryan A. Graham*
Ryan A. Graham

# SERVICE LIST

**RE:** **Michelle Sanchez v. Los Angeles County, et al.**

**Case No.:** 2:18-CV-10373-VAP-FFM

Jovan Blacknell
LAW OFFICE OF J. BLACKNELL
200 Corporate Pointe, Suite 495
Culver City, California, 90230
Phone: 310.469.9117
Fax: 310.388.3765
Email: jovan@fight4justice.com
**Attorney for Plaintiff Michelle Sanchez**

Erick Victor Munoz
ATTORNEY AT LAW
510 W. 6th Street, Suite 200
Los Angeles, CA 90014
Email: evmesq@icloud.com
**Attorney for Plaintiff Michelle Sanchez**

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800