# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6



Michelle Sanchez,

    Plaintiff,

v.

Los Angeles County, et al.,

    Defendant.

2:18-cv-10373-VAP-FFMx

**JUDGMENT**

Pursuant to the Order Granting Defendants' Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 4/11/19

Virginia A. Phillips
Chief United States District Judge